## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Sheldon O'Neil Harris-Jackson**        **BK NO. 24-00101**
       **Lucille Stacy Amanda Harris-Jackson**
                   **Debtor(s)**          **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*

Denise Carlon
24 Jan 2024, 14:29:01, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: a7c118344412abff4431fff6ab4175e04bcebbf3e2b3ac11b79dc17eaced35e2f