Certificate Number: 03088-PAM-DE-038172418

Bankruptcy Case Number: 24-00101



03088-PAM-DE-038172418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2024, at 9:56 o'clock PM CST, Sheldon O Harris-Jackson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 8, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor