United States Bankruptcy Court
Middle District of Pennsylvania

In re **Sheldon O'Neil Harris-Jackson**
**Lucille Stacy Amanda Harris-Jackson**
Debtor(s)

Case No. **5:24-bk-00101**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 9, 2024**, a copy of **Notice of Chapter 13 Bankruptcy Case and Chapter 13 Plan** was served electronically or by regular United States mail to the lienholder/creditor listed below:

**Discover Bank**
**2500 Lake Cook Road**
**Riverwoods, IL 60015**
**ATTN: John B. Owen, Interim CEO**
**and President**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**