United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00101-MJC

Sheldon O'Neil Harris-Jackson  Chapter 13

Lucille Stacy Amanda Harris-Jackson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　　　User: AutoDocke　　　　　　　　　　　Page 1 of 3
Date Rcvd: Feb 26, 2024　　　　　　　　　Form ID: ntcnfhrg　　　　　　　　　　Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sheldon O'Neil Harris-Jackson, Lucille Stacy Amanda Harris-Jackson, 233 Upper Ridge Drive, Effort, PA 18330-7921 |
| 5589869 | | Blackwell Recovery, 4150 N. Drinkwater Blvd, Suite 200, Scottsdale, AZ 85251-3643 |
| 5589872 | + | Club Exploria LLC, P.O. Box 29352, Phoenix, AZ 85038-9352 |
| 5589883 | #+ | Weltman Weinberg & Reis Co., L.P.A., 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5589868 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 26 2024 18:48:00 | Bank of America, 201 N TRYON STREET,, NC1-022-08-15, Charlotte, NC 28255-0001 |
| 5589870 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2024 19:00:46 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5597279 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2024 19:01:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5589871 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2024 19:01:49 | Citicards NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5589873 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 26 2024 19:00:14 | Dept of Ed/Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 5589874 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 26 2024 18:48:00 | Dept of Ed/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5595276 | | Email/Text: mrdiscen@discover.com | Feb 26 2024 18:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5589875 | + | Email/Text: mrdiscen@discover.com | Feb 26 2024 18:48:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5589876 | ^ | MEBN | Feb 26 2024 18:44:18 | Discover Personal Loans, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5593953 | + | Email/Text: dplbk@discover.com | Feb 26 2024 18:48:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5589877 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 26 2024 19:00:02 | JPMCB - Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5594758 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 26 2024 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5596982 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2024 19:00:03 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5589879 | | Email/Text: bankruptcynotice@nymcu.org | Feb 26 2024 18:48:00 | Municipal Credit Union, 22 Cortlanot Street, 24th Floor, New York, NY 10007 |
| 5589878 | | Email/Text: Unger@Members1st.org | Feb 26 2024 18:48:00 | Members 1st FCU, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5589880 | + | Email/PDF: pa_dc_claims@navient.com | Feb 26 2024 18:46:13 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 5589881 | + | Email/PDF: ebnotices@pnmac.com | Feb 26 2024 19:01:57 | PennyMac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5593954 | | Email/Text: bkyelectnotices@trelliscompany.org | Feb 26 2024 18:47:00 | Navient Solutions, LLC. on behalf of, TGSLC dba Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 5589882 | + | Email/Text: bnc-thebureaus@quantum3group.com | Feb 26 2024 18:48:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 5591754 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 26 2024 18:48:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, LINCOLN, NE 68508-1904 |
| 5589884 | + | Email/Text: bkfilings@zwickerpc.com | Feb 26 2024 18:48:00 | Zwicker & Associates, P.C, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5595830 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Lucille Stacy Amanda Harris-Jackson donna.kau@pocono-lawyers.com |

| | | |
|---|---|---|
| Timothy B. Fisher, II | on behalf of Debtor 1 Sheldon O'Neil Harris-Jackson donna.kau@pocono-lawyers.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Sheldon O'Neil Harris−Jackson,<br>**Debtor 1**<br>Lucille Stacy Amanda Harris−Jackson,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:24−bk−00101−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 21, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 28, 2024<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 26, 2024 |

ntcnfhrg (08/21)

Case 5:24-bk-00101-MJC   Doc 21   Filed 02/28/24   Entered 02/29/24 00:25:42   Desc
Imaged Certificate of Notice   Page 4 of 4