UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SHELDON O'NEIL HARRIS-JACKSON :   CHAPTER 13
        and LUCILLE STACY AMANDA    :
        HARRIS-JACKSON              :
          Debtor(s)               :
                                  :
        JACK N. ZAHAROPOULOS       :
        STANDING CHAPTER 13 TRUSTEE   :
          Movant                :
                                    :
         vs.                       :
                                    :
        SHELDON O'NEIL HARRIS-JACKSON :
        and LUCILLE STACY AMANDA    :
        HARRIS-JACKSON              :
          Respondent(s)         :   CASE NO.  5-24-bk-00101

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this  22nd  day of March, 2024, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about February 27, 2024, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this  22nd  day of March, 2024, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Timothy Fisher, II, Esquire
P.O. Box 396
Gouldsboro, PA   18424

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee