# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | Sheldon O'Neil Harris-Jackson<br>Lucille Stacy Amanda Harris-Jackson<br>Debtor(s) | Case No.<br>Chapter | 5:24-bk-00101<br>13 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2024 , a copy of **Order Confirming Chapter 13 Plan (Doc. #27) dated 4/11/24** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:24-bk-00101-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon Apr 15 14:57:26 EDT 2024 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville TX 75403-3001 |
| Bank of America<br>201 N TRYON STREET,<br>NC1-022-08-15<br>Charlotte, NC 28255-0001 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Blackwell Recovery<br>4150 N. Drinkwater Blvd<br>Suite 200<br>Scottsdale, AZ 85251-3643 |
| CitiCards CBNA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citicards NA<br>5800 South Corporate Place<br>Sioux Falls, SD 57108-5027 |
| Club Exploria LLC<br>P.O. Box 29352<br>Phoenix, AZ 85038-9352 | Dept of Ed/Aidvantage<br>1891 Metro Center Drive<br>Reston, VA 20190-5287 | Dept of Ed/Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 |
| Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Bank<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 | Discover Personal Loans<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)MUNICIPAL CREDIT UNION<br>22 CORTLANDT STREET<br>24TH FLOOR<br>NEW YORK NY 10007-3153 | Members 1st FCU<br>5000 Marketplace Way<br>Enola, PA 17025-2431 |
| Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Navient<br>123 Justison Street<br>3rd Floor<br>Wilmington, DE 19801-5363 |
| Navient Solutions, LLC. on behalf of<br>TGSLC dba Trellis Company<br>PO BOX 83100<br>Round Rock, TX 78683-3100 | PennyMac Loan Services LLC<br>PO Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| The Bureaus<br>650 Dundee Road<br>Suite 370<br>Northbrook, IL 60062-2757 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>LINCOLN, NE 68508-1904 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |

Weltman Weinberg & Reis Co., L.P.A.  
170 S. Independence Mall W.  
Suite 874W  
Philadelphia, PA 19106-3334

Zwicker & Associates, P.C  
3220 Tillman Drive Suite 215  
Bensalem, PA 19020-2028

(p)JACK N ZAHAROPOULOS  
ATTN CHAPTER 13 TRUSTEE  
8125 ADAMS DRIVE SUITE A  
HUMMELSTOWN PA 17036-8625

Lucille Stacy Amanda Harris-Jackson  
233 Upper Ridge Drive  
Effort, PA 18330-7921

Sheldon O'Neil Harris-Jackson  
233 Upper Ridge Drive  
Effort, PA 18330-7921

Timothy B. Fisher II  
Fisher and Fisher Law Offices  
PO Box 396  
525 Main Street  
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JPMCB - Card Services  
PO Box 15369  
Wilmington, DE 19850-5369

MUNICIPAL CREDIT UNION  
22 CORTLANDT ST 24 FL  
NEW YORK, NY 10007

(d)Municipal Credit Union  
22 Cortlanot Street  
24th Floor  
New York, NY 10007

Jack N Zaharopoulos  
Standing Chapter 13  
(Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix  
Mailable recipients   35  
Bypassed recipients    1  
Total                 36