**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Sheldon O'Neil Harris-Jackson,<br><br>Debtor 1.<br><br>Lucille Stacy Amanda Harris-Jackson,<br><br>Debtor 2. | Case No. 24-00101<br><br>Chapter 13 |

**NOTICE OF SATISFACTION OF PROOF OF CLAIM NO. 2**

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that Capital One, N.A. Successor by Merger to Discover Personal Loans, is canceling the remaining debt related to the Proof of Claim filed on February 2, 2024 and assigned as Claim number 2 and considers the Proof of Claim as satisfied as of the date of this Notice. Accordingly, any future disbursements on Claim number 2 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: October 6, 2026

Respectfully submitted,

/s/ Richard Piepes

Richard Piepes
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
rpiepes@raslg.com
Authorized agent for Capital One, N.A. Successor by Merger to Discover Personal Loans

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>Sheldon O'Neil Harris-Jackson,<br><br>Debtor 1.<br><br>Lucille Stacy Amanda Harris-Jackson,<br><br>Debtor 2. | Case No. 24-00101<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I caused, the Satisfaction of Proof of Claim to be filed and served on the parties at the addresses specified below on October 6, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**

Sheldon O'Neil Harris-Jackson
233 Upper Ridge Drive
Effort, PA 18330

Lucille Stacy Amanda Harris-Jackson
233 Upper Ridge Drive
Effort, PA 18330

SPACE INTENTIONALLY LEFT BLANK

**Service by NEF**

Timothy B. Fisher, II
Attorney for Sheldon O'Neil Harris-Jackson and Lucille Stacy Amanda Harris-Jackson
donna.kau@pocono-lawyers.com

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

EXECUTED ON: October 6, 2026

By:

/s/ Richard Piepes

Richard Piepes
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Phone: 561-241-6901
rpiepes@raslg.com
Authorized agent for Capital One, N.A. Successor by Merger to Discover Personal Loans